# UNITED STATES DISTRICT COURT
for the

District of Minnesota

United States of America
v.
Yolanda Dean

Case No: 97cr276(3) (MJD/JGL)

USM No: 12615-112

Date of Original Judgment: 12/14/1998

Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 42         Amended Total Offense Level: 42
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 360 months-life     Amended Guideline Range: 360 months-life

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
Defendant's Guideline range is not affected by the retroactive crack cocaine amendment. Therefore, the Court does not have the authority to lower her sentence under 18 U.S.C. § 3582(c)(2). See U.S. v. Tolliver, 570 F.3d 1062, 1066-67 (8th Cir. 2009). Additionally, the Fair Sentencing Act was not retroactive, so she is not entitled to a sentence reduction under that Act. See U.S. v. Neadeau, 639 F.3d 453, 456 (8th Cir. 2011).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 2-13-12

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Michael J. Davis, Chief Judge, D. Minn.
*Printed name and title*